UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. TRAVERS,<br>          Petitioner,<br>   v.<br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br>          Respondent. | Case No. 17-cv-06126-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a new civil rights action asserting his challenges to the implementation of Proposition 57.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 5, 2018

_____
SUSAN ILLSTON
United States District Judge